UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendant. | CASE NO. C24-6042 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation (R&R), Dkt. 3, recommending the Court deny pro se plaintiff Lance Raikoglo's application to proceed *in forma pauperis*, supported by his proposed Complaint, Dkt. 1, and dismiss the case without prejudice and without leave to amend, as facially without merit.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law.

ORDER - 1

Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Raikoglo has not objected to the R&R, and its recommended disposition of his pending *in forma pauperis* application and claim is neither clearly erroneous nor contrary to law. The R&R is therefore **ADOPTED**. Raikoglo's *in forma pauperis* application is **DENIED,** and this matter is **DISMISSED** without prejudice and without leave to amend. Raikoglo's "proposed motion for appointment of counsel," Dkt. 1-3, is **DENIED**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 13th day of January, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2